IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD L. ANDREWS,
    Plaintiff,

v.                                                Case No. 3:11cv66/MCR/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 4, 2012 (doc. 20).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1]  No timely objections have been filed.

    Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is **DISMISSED** for failure to state a claim against the named Defendants  pursuant to 28 U.S.C. § 1915A(b)(1).

    **DONE AND ORDERED** this 22nd day of March, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff was also granted an additional thirty days in which to file objections (doc. 23).